Brooke A. M. Taylor, WSBA 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors, WSBA 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883

Stephen E. Morrissey, CA Bar 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3103
Facsimile: (310) 789-3150

*Plaintiff Vasudevan Software, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICROSTRATEGY INCORPORATED, <br><br> Defendant. | Case No. 3:11-06637-RS <br><br> STIPULATION REQUESTING EXTENSION OF TIME FOR BOTH PARTIES TO EXCHANGE PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE  AND ORDER |

WHEREAS, the current deadline by which the parties must exchange preliminary claim constructions and extrinsic evidence is May 17, 2012 (Dkt. No. 63);

WHEREAS, plaintiff Vasudevan Software, Inc. ("VSi") has requested that the deadline for the exchange of preliminary claim constructions and extrinsic evidence be extended by one-week for both parties due to VSi's counsel's trial schedule in another matter, as more fully set forth in the attached Declaration of Jordan Connors;

WHEREAS, defendant MicroStrategy Incorporated ("MicroStrategy") has no objection to this extension of time for both parties;

1    WHEREAS, granting this extension of time will have no impact on any other deadlines in
2  this action.
3    NOW THEREFORE, it is stipulated, by and between VSi and MicroStrategy that both
4  parties shall have up to and including May 24, 2012, to exchange preliminary claim constructions
5  and extrinsic evidence.

7  Dated: May 16, 2012

SUSMAN GODFREY LLP

By: /s/ Jordan Connors
Brooke A. M. Taylor
Lead Attorney
WA Bar No. 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors
WA Bar No. 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
T:  (206) 516-3880
F:  (206) 516-3883 (fax)

Stephen E. Morrissey
CA Bar No. 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
T:  (310) 789-3103
F:  (310) 789-3150 (fax)

Michael F. Heim
TX Bar No. 09380923 (Admitted *Pro Hac Vice*)
mheim@hpcllp.com
Leslie V. Payne
TX Bar No. 00784736 (Admitted *Pro Hac Vice*)
lpayne@hpcllp.com
Eric J. Enger
TX Bar No. 24045833 (Admitted *Pro Hac Vice*)
eenger@hpcllp.com
Nick P. Patel
TX Bar No. 24076610 (Admitted *Pro Hac Vice*)

STIPULATION EXTENDING TIME TO EXCHANGE
PRELIMINARY CLAIM CONSTRUCTIONS AND
EXTRINSIC EVIDENCE - 2

2274368v1/012934

| | |
|---|---|
| 1 | npatel@hpcllp.com |
| 2 | HEIM, PAYNE & CHORUSH, LLP |
| | 600 Travis Street, Suite 6710 |
| 3 | Houston, Texas 77002-2912 |
| | T:  (713) 221-2000 |
| 4 | F:  (713) 221-2021(fax) |

ATTORNEYS FOR PLAINTIFF

Dated:  May 16, 2012

By: /s/ Thomas A. Ferrone
Charles K. Verhoeven (Bar. No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
S. Kameron Parvin (Bar No. 232349)
kameronparvin@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Thomas A. Ferrone (*admitted pro hac vice*)
*tomferrone@quinnemanuel.com*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
500 W. Madison Street, Suite 2450
Chicago, Illinois 60661
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

Attorneys for Defendant
MICROSTRATEGY INCORPORATED

STIPULATION EXTENDING TIME TO EXCHANGE
PRELIMINARY CLAIM CONSTRUCTIONS AND
EXTRINSIC EVIDENCE - 3

2274368v1/012934

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May, 2012, a true and correct copy of the foregoing document was served on all parties via CM/ECF and/or email to counsel.

      /s/ Jordan Connors
      Jordan Connors

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: _5/16/12_____   _____
   [Hon. Richard Seeborg]
4                                    United States District Court Judge

STIPULATION EXTENDING TIME TO EXCHANGE
PRELIMINARY CLAIM CONSTRUCTIONS AND
EXTRINSIC EVIDENCE - 5

2274368v1/012934