Charles K. Verhoeven (Bar. No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
S. Kameron Parvin (Bar No. 232349)
kameronparvin@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Defendant
MICROSTRATEGY INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., <br><br>        Plaintiff , <br><br>    vs. <br><br> MICROSTRATEGY INC., <br><br>        Defendant. | CASE NO. 11-6637-RS <br><br><br> **STIPULATION REQUESTING EXTENSION OF TIME TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION** |

1

**STIPULATION**

2    WHEREAS, the current deadline by which the parties agreed to complete Alternative

3  Dispute Resolution (ADR) is August 17, 2012 (Dkt. No. 57);

4    WHEREAS, defendant MicroStrategy Inc. ("MicroStrategy") has requested that the

5  deadline for the parties to complete ADR be extended until October 9, 2012 due to

6  MicroStrategy's in-house counsel's schedule in another matter, as set forth in the attached

7  Declaration of Thomas A. Ferrone;

8    WHEREAS, plaintiff Vasudevan Software, Inc. ("VSi") has no objection to this extension;

9    WHEREAS, granting this extension of time will have no impact on any other deadlines in

10  this action;

11    NOW THEREFORE, it is stipulated by and between VSi and MicroStrategy that the

12  deadline to complete ADR be extended until October 9, 2012.

13

14  Dated:  June 18, 2012

15                                      By: */s/ Jennifer A. Kash*
                                          Charles K. Verhoeven (Bar. No. 170151)
16                                        charlesverhoeven@quinnemanuel.com
                                          Sean S. Pak (Bar No. 219032)
17                                        seanpak@quinnemanuel.com
                                          Jennifer A. Kash (Bar No. 203679)
18                                        jenniferkash@quinnemanuel.com
                                          S. Kameron Parvin (Bar No. 232349)
19                                        kameronparvin@quinnemanuel.com
                                          QUINN EMANUEL URQUHART &
20                                        SULLIVAN, LLP
                                          50 California Street, 22nd Floor
21                                        San Francisco, California 94111
                                          Telephone:    (415) 875-6600
22                                        Facsimile:    (415) 875-6700

23                                        Attorneys for Defendant
                                          MICROSTRATEGY INC.

24  Dated:  June 18, 2012

25                                      By: */s/ Eric Enger*
                                          Brooke A. M. Taylor
26                                        Lead Attorney
                                          WA Bar No. 33190 (Admitted *Pro Hac Vice*)
27                                        btaylor@susmangodfrey.com
                                          SUSMAN GODFREY L.L.P.
28

1

1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000

2

T:  (206) 516-3880
F:  (206) 516-3883 (fax)

3

4

Stephen E. Morrissey
CA Bar 187865

5

smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.

6

1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029

7

T:  (310) 789-3103
F:  (310) 789-3150 (fax)

8

9

Nabeel H. Peracha
TX Bar 24065895 (Admitted *Pro Hac Vice*)

10

nperacha@susmangodfrey.com
SUSMAN GODFREY L.L.P.

11

1000 Louisiana Street, Suite 5100
Houston, Texas 77098-5096

12

T:  (713) 651-9366
F:  (713) 654-6666

13

14

Michael F. Heim
TX Bar No. 09380923 (Admitted *Pro Hac Vice*)

15

mheim@hpcllp.com
Leslie V. Payne

16

TX Bar No. 00784736 (Admitted *Pro Hac Vice*)
lpayne@hpcllp.com

17

Eric J. Enger
TX Bar No. 24045833 (Admitted *Pro Hac Vice*)

18

eenger@hpcllp.com
Nick P. Patel

19

TX Bar No. 24076610 (Admitted *Pro Hac Vice*)
npatel@hpcllp.com

20

HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710

21

Houston, Texas 77002-2912
T:  (713) 221-2000

22

F:  (713) 221-2021(fax)

23

24

Attorneys for Plaintiff
VASUDEVAN SOFTWARE, INC.,

25

26

27

28

Case No. 11-06637-RS
STIPULATION TO EXTEND TIME TO COMPLETE ADR

1

## ATTESTATION PURSUANT TO GENERAL ORDER 45

2          Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of

3    perjury that the concurrence in the filing of this document has been obtained from its signatories.

4

5

6

7    Dated:  June 18, 2012                    By:          _/s/ Howard Y. Chen_

8                                                          Howard Y. Chen

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO COMPLETE ADR

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on this 18th day of June, 2012, a true and correct copy of the foregoing

3

document was served on all parties via CM/ECF and/or email to counsel.

4

5

6

7

By _/s/ Howard Y. Chen_

Howard Y. Chen

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2
     DATED:  June __18__, 2012
3

4

5    _____
     The Honorable Richard Seeborg
6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28