IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VASUDEVAN SOFTWARE,

    Plaintiff,

v.

MICROSTRATEGY INC.,

    Defendant.

_____/

VASUDEVAN SOFTWARE,

    Plaintiff,

v.

TIBCO SOFTWARE INC.,

No. C 11-06637 RS
No. C 11-06638 RS

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    A Further Case Management Conference in the instant case has been scheduled for **November 1, 2012 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, all parties shall appear telephonically at **11:00 a.m.** and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 9/19/12

For the Court,
RICHARD W. WIEKING, Clerk

By: *Corinne Lew*
Courtroom Deputy Clerk