IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASUDEVAN SOFTWARE, | No. C 11-06638 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| TIBCO SOFTWARE INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

At the request of one or more of the parties, the Case Management Conference scheduled for November 1, 2012 shall be conducted by telephone. All parties shall appear telephonically at **11:00 a.m.** and must contact Court Conference at 866/582-6878 at least one week prior to the Conference to arrange their participation.

Dated: 10/19/12                                   For the Court,
                                                  RICHARD W. WIEKING, Clerk

                                                  By:  /s/ Corinne Lew
                                                  Courtroom Deputy Clerk

CLERK'S NOTICE
No. C