Brooke A. M. Taylor, WSBA 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors, WSBA 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883

Stephen E. Morrissey, CA Bar 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3103
Facsimile: (310) 789-3150

*Plaintiff Vasudevan Software, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICROSTRATEGY INCORPORATED, <br><br> Defendant. | Case No. 3:11-06637-RS <br><br> ORDER <br> STIPULATION REQUESTING ORDER CHANGING TIME FOR HEARING ON PLAINTIFF VASUDEVAN SOFTWARE, INC.'S MOTION TO STRIKE [CORRECTED] P.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT AND FOR OTHER APPROPRIATE SANCTIONS (DKT. NO. 114) |

WHEREAS, the current hearing date for Plaintiff Vasudevan Software, Inc.'s ("VSi") Motion to Strike [Corrected] P.R. 4-3 Joint Claim Construction and Prehearing Statement and for Other Appropriate Sanctions (Dkt. No. 114) is November 29, 2012 at 1:30 PM;

WHEREAS, the parties are also scheduled to appear before the Court at a hearing on November 15, 2012 at 1:30 PM regarding VSi's Motion for Leave to Amend its Infringement Contentions (Dkt. No. 108);

1    WHEREAS, both VSi and MicroStrategy Incorporated would prefer to address both
2 motions during one hearing on November 15, 2012, as a matter of convenience to both parties;

3    WHEREAS, VSi's motion to strike (Dkt. No. 114) will be fully briefed eight days in
4 advance of the changed hearing date, and granting this motion will have no impact on any other
5 deadlines in this action.

6    NOW THEREFORE, it is stipulated, by and between VSi and MicroStrategy that the
7 hearing on VSi's Motion to Strike [Corrected] P.R. 4-3 Joint Claim Construction and Prehearing
8 Statement and for Other Appropriate Sanctions (Dkt. No. 114) shall be rescheduled to occur on
9 November 15, 2012 at 1:30 PM.

Dated:  October 31, 2012

SUSMAN GODFREY LLP

By: */s/ Jordan Connors*
Brooke A. M. Taylor
Lead Attorney
WA Bar No. 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors
WA Bar No. 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
T:  (206) 516-3880
F:  (206) 516-3883 (fax)

Stephen E. Morrissey
CA Bar No. 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
T:  (310) 789-3103
F:  (310) 789-3150 (fax)

Michael F. Heim
TX Bar No. 09380923 (Admitted *Pro Hac Vice*)
mheim@hpcllp.com
Leslie V. Payne
TX Bar No. 00784736 (Admitted *Pro Hac Vice*)

STIPULATION REQUESTING ORDER CHANGING TIME
FOR HEARING ON DKT. NO. 114 - 2

2466562v1/012934

lpayne@hpcllp.com
Eric J. Enger
TX Bar No. 24045833 (Admitted *Pro Hac Vice*)
eenger@hpcllp.com
Nick P. Patel
TX Bar No. 24076610 (Admitted *Pro Hac Vice*)
npatel@hpcllp.com
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
T:  (713) 221-2000
F:  (713) 221-2021(fax)

ATTORNEYS FOR PLAINTIFF

Dated:  October 31, 2012

By: */s/ Jennifer A. Kash* (with permission)
Charles K. Verhoeven (Bar. No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
S. Kameron Parvin (Bar No. 232349)
kameronparvin@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Thomas A. Ferrone (*admitted pro hac vice*)
*tomferrone@quinnemanuel.com*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
500 W. Madison Street, Suite 2450
Chicago, Illinois 60661
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

Attorneys for Defendant
MICROSTRATEGY INCORPORATED

1 **CERTIFICATE OF SERVICE**

2    I hereby certify that on this 31st day of October, 2012, a true and correct copy of the

3 foregoing document was served on all parties via CM/ECF and/or email to counsel.

5    _/s/ Jordan Connors_____
     Jordan Connors

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED:  11/1/12                                  _____
                                                    [Hon. Richard Seeborg]
4                                                   United States District Court Judge

STIPULATION REQUESTING ORDER CHANGING TIME
FOR HEARING ON DKT. NO. 114 - 5

2466562v1/012934