IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., | No. C 11-06637 RS |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR SANCTIONS** |
| MICROSTRATEGY, INC., | |
| Defendant. | |

On October 17, 2012, Plaintiff Vasudevan Software, Inc. filed a "Motion To Strike [Corrected] P.R. 4-3 Joint Claim Construction And Prehearing Statement And For Other Appropriate Sanctions." VSI has failed to comply with the dictates of Federal Rule of Civil Procedure 11 and Local Rule 7-8 that govern motions for sanctions. VSI did not separately file its motion for sanctions or observe the 21-day safe harbor period. In light of these procedural deficiencies, VSI's motion is denied to the extent it seeks sanctions against Microstrategy. A hearing will be held on the portion of VSI's motion seeking to strike Microstrategy's Corrected P.R. 4-3 Joint Claim Construction and Prehearing Statement—and that portion only—on November 15, 2012, as previously calendared.

IT IS SO ORDERED.

Dated: 11/13/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-06637 RS
ORDER