Charles K. Verhoeven (Bar. No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Howard Y. Chen (Bar No. 265015)
howardchen@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Defendant
MICROSTRATEGY INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC.,<br><br>        Plaintiff ,<br><br>    vs.<br><br>MICROSTRATEGY INC.,<br><br>        Defendant. | CASE NO. 11-6637-RS<br><br>**STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND AND REPLY TO PLAINTIFF VSI'S MOTION FOR SANCTIONS AND FURTHER REQUESTING CHANGE OF DATE TO HEAR MOTION**<br><br>Hon. Richard Seeborg |

## STIPULATION

WHEREAS, plaintiff Vasudevan Software, Inc. ("VSI") on December 12, 2012 filed its Motion for Sanctions (Dkt. No. 145);

WHEREAS, the current deadline for defendant MicroStrategy Inc. ("MicroStrategy") to respond with an opposition to VSI's motion pursuant to Local Rule 7-3(a) is December 26, 2012, which would require MicroStrategy's attorneys to work on the holiday;

WHEREAS, the current deadline for VSI to reply pursuant to Local Rule 7-3(d) is January 2, 2013;

WHEREAS, the current date for the Hon. Richard Seeborg to hear VSI's Motion for Sanctions is January 17, 2013;

WHEREAS, granting the extensions of time below will have no impact on any other deadlines in this action;

NOW THEREFORE, it is stipulated by and between VSi and MicroStrategy that:

1. MicroStrategy shall have until January 4, 2013 to respond with an opposition to VSI's Motion for Sanctions;
2. VSI shall have until January 14, 2013 to respond with a reply to MicroStrategy's opposition to VSI's Motion for Sanctions; and
3. For the convenience of the Court and the parties, VSI shall present its Motion for Sanctions before the Hon. Richard Seeborg on January 24, 2013.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.


Dated: December 14, 2013    By: */s/ Jennifer A. Kash*
Charles K. Verhoeven (Bar. No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com

Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Howard Y. Chen (Bar No. 265015)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

-2-   Case No. 11-06637-RS
STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND AND REPLY TO PLAINTIFF VSI'S
MOTION FOR SANCTIONS AND FURTHER REQUESTING CHANGE OF DATE TO HEAR MOTION

|   |   |   |
|---|---|---|
| 1 |  | 50 California Street, 22nd Floor |
| 2 |  | San Francisco, California 94111 |
|   |  | Telephone: (415) 875-6600 |
| 3 |  | Facsimile: (415) 875-6700 |
| 4 |  | Attorneys for Defendant |
|   |  | MICROSTRATEGY INC. |
| 5 |  |  |
| 6 | Dated: December 14, 2013 | By: /s/ Jordan Connors |
|   |  | Brooke A. M. Taylor |
| 7 |  | Lead Attorney |
|   |  | WA Bar No. 33190 (Admitted Pro Hac Vice) |
| 8 |  | btaylor@susmangodfrey.com |
| 9 |  | SUSMAN GODFREY L.L.P. |
|   |  | 1201 Third Avenue, Suite 3800 |
| 10 |  | Seattle, Washington 98101-3000 |
|   |  | T: (206) 516-3880 |
| 11 |  | F: (206) 516-3883 (fax) |
| 12 |  | Stephen E. Morrissey |
|   |  | CA Bar 187865 |
| 13 |  | smorrissey@susmangodfrey.com |
| 14 |  | SUSMAN GODFREY L.L.P. |
|   |  | 1901 Avenue of the Stars, Suite 950 |
| 15 |  | Los Angeles, CA 90067-6029 |
|   |  | T: (310) 789-3103 |
| 16 |  | F: (310) 789-3150 (fax) |
| 17 |  | Michael F. Heim |
| 18 |  | TX Bar No. 09380923 (Admitted Pro Hac Vice) |
|   |  | mheim@hpcllp.com |
| 19 |  | Leslie V. Payne |
|   |  | TX Bar No. 00784736 (Admitted Pro Hac Vice) |
| 20 |  | lpayne@hpcllp.com |
| 21 |  | Eric J. Enger |
|   |  | TX Bar No. 24045833 (Admitted Pro Hac Vice) |
| 22 |  | eenger@hpcllp.com |
|   |  | Nick P. Patel |
| 23 |  | TX Bar No. 24076610 (Admitted Pro Hac Vice) |
| 24 |  | npatel@hpcllp.com |
|   |  | HEIM, PAYNE & CHORUSH, LLP |
| 25 |  | 600 Travis Street, Suite 6710 |
|   |  | Houston, Texas 77002-2912 |
| 26 |  | T: (713) 221-2000 |
|   |  | F: (713) 221-2021(fax) |
| 27 |  |  |
|   |  | Attorneys for Plaintiff |
| 28 |  | VASUDEVAN SOFTWARE, INC. |

-3- Case No. 11-06637-RS
STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND AND REPLY TO PLAINTIFF VSI'S
MOTION FOR SANCTIONS AND FURTHER REQUESTING CHANGE OF DATE TO HEAR MOTION

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: December 14, 2012                    By: */s/ Jennifer A. Kash*

1  **CERTIFICATE OF SERVICE**

2  I hereby certify that on this 14th day of December 14, 2012, a true and correct copy of the

3  foregoing document was served on all parties via CM/ECF and/or email to counsel.

4

5

6

7  By  */s/ Jennifer A. Kash*
      Jennifer A. Kash

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-   Case No. 11-06637-RS
STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND AND REPLY TO PLAINTIFF VSI'S
MOTION FOR SANCTIONS AND FURTHER REQUESTING CHANGE OF DATE TO HEAR MOTION

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  DATED:  December  17, 2~~013~~  2012

*[Signature]*

The Honorable Richard Seeborg
United States District Court Judge