UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICROSTRATEGY INC.,<br><br>Defendant. | CASE NO. 11-CV-06637-RS-PSG<br><br>[~~PROPOSED~~] ORDER GRANTING THE PARTIES' JOINT STIPULATION RE EXTENSION OF DISCOVERY CUTOFF PURSUANT TO CIVIL LOCAL RULE 6-2<br><br>Hon. Paul Singh Grewal |

04706.51984/5138357.2

Case No. 11-CV-06637-RS-PSG
[~~PROPOSED~~] ORDER GRANTING THE PARTIES' JOINT STIPULATION RE EXTENSION OF DISCOVERY CUTOFF PURSUANT TO CIVIL LOCAL RULE 6-2

1   WHEREAS, the current deadline for discovery cutoff in this case is set for February 15,
2   2013;
3   WHEREAS, MicroStrategy, Inc. ("MicroStrategy") and Vasudevan Software, Inc. ("VSI")
4   jointly request the Court to extend the discovery deadline by three days with respect to discovery
5   related to MicroStrategy's Interrogatory Nos. 13-21; and
6   WHEREAS, granting this extension of time will have no impact on other deadlines in this
7   action;
8   This Court hereby GRANTS the parties' **JOINT STIPULATION RE EXTENSION OF**
9   **DISCOVERY CUTOFF PURSUANT TO CIVIL LOCAL RULE 6-2.**
10  **IT IS SO ORDERED.**

DATED: ___1/22_____, 2013.

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge

04706.51984/5138357.2

-2-   Case No. 11-CV-06637-RS-PSG
[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION RE EXTENSION OF
DISCOVERY CUTOFF PURSUANT TO CIVIL LOCAL RULE 6-2