Brooke A. M. Taylor, WSBA 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors, WSBA 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883

Stephen E. Morrissey, CA Bar 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3103
Facsimile: (310) 789-3150

*Plaintiff Vasudevan Software, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICROSTRATEGY INCORPORATED, <br><br> Defendant. | Case No. 3:11-06637-RS-PSG <br><br> JOINT STIPULATION REQUESTING EXTENSION OF DISCOVERY CUTOFF PURSUANT TO CIVIL LOCAL RULE 6-2 <br><br> Hon. Richard Seeborg |

WHEREAS, the current fact discovery deadline in this matter is set for February 15, 2013 (Dkt. No. 63);

WHEREAS, the parties seek a limited extension of the fact discovery deadline in this matter to accommodate the depositions of MicroStrategy's Jeffrey Bedell and Joseph Bullis, which the parties were unable to schedule prior to the close of discovery, to complete the production of any responsive documents and information to already-served discovery requests subject to the parties' objections, and to attempt to resolve any pending discovery disputes without resort to motion practice;

1  WHEREAS the parties agree that the additional two weeks of limited discovery would
2  relate only to already-served discovery requests;

3  WHEREAS, granting this extension of time will have no impact on other deadlines in this
4  action;

5  THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto, by and
6  through their respective counsel, and subject to the Court's approval, that the fact discovery
7  deadline is extended to March 1, 2013 for the limited purposes of VSi's deposition of
8  MicroStrategy's Jeffrey Bedell and Joseph Bullis, the production of any responsive documents
9  and information to already-served discovery requests subject to the parties' objections, and the
10 attempted resolution of any pending discovery disputes.

Dated: February 13, 2013

SUSMAN GODFREY LLP

By: */s/ Jordan Connors*
Brooke A. M. Taylor
Lead Attorney
WA Bar No. 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors
WA Bar No. 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
T: (206) 516-3880
F: (206) 516-3883 (fax)

Stephen E. Morrissey
CA Bar No. 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
T: (310) 789-3103
F: (310) 789-3150 (fax)

Michael F. Heim
TX Bar No. 09380923 (Admitted *Pro Hac Vice*)

mheim@hpcllp.com
Leslie V. Payne
TX Bar No. 00784736 (Admitted *Pro Hac Vice*)
lpayne@hpcllp.com
Eric J. Enger
TX Bar No. 24045833 (Admitted *Pro Hac Vice*)
eenger@hpcllp.com
Nick P. Patel
TX Bar No. 24076610 (Admitted *Pro Hac Vice*)
npatel@hpcllp.com
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
T:  (713) 221-2000
F:  (713) 221-2021(fax)

ATTORNEYS FOR PLAINTIFF

Dated:  February 13, 2013

By:  */s/ Jennifer A. Bauer* (with permission)
Charles K. Verhoeven (Bar. No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
S. Kameron Parvin (Bar No. 232349)
kameronparvin@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Defendant
MICROSTRATEGY INCORPORATED

JOINT STIPULATION REQUESTING LIMITED TWO-WEEK
EXTENSION OF FACT DISCOVERY DEADLINE - 3

2467879v1/012934

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February, 2013, a true and correct copy of the foregoing document was served on all parties via CM/ECF and/or email to counsel.

*/s/ Jordan Connors*
Jordan Connors

JOINT STIPULATION REQUESTING LIMITED TWO-WEEK
EXTENSION OF FACT DISCOVERY DEADLINE - 4

2467879v1/012934

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   DATED: __2/14/13_____   _____
                                        [Hon. Richard Seeborg]
4                                       United States District Court Judge

JOINT STIPULATION REQUESTING LIMITED TWO-WEEK
EXTENSION OF FACT DISCOVERY DEADLINE - 5

2467879v1/012934