Brooke A. M. Taylor, WSBA 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors, WSBA 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883

Stephen E. Morrissey, CA Bar 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3103
Facsimile: (310) 789-3150

*Plaintiff Vasudevan Software, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., <br><br>Plaintiff, <br><br>vs. <br><br>MICROSTRATEGY INCORPORATED, <br><br>Defendant. | Case No. 3:11-06637-RS-PSG <br><br>ORDER <br>JOINT STIPULATION REQUESTING DISPOSITIVE MOTION HEARING DATE AND RELATED BRIEFING SCHEDULE <br><br>Hon. Richard Seeborg |

WHEREAS, during the March 28, 2013 Case Management Conference, the Court requested that the parties confer and attempt to reach agreement on a schedule for a hearing on dispositive motions;

WHEREAS, the parties have conferred, and hereby agree to the below deadlines for briefing and a hearing on dispositive motions;

WHEREAS, the parties reserve their right to file dispositive motions prior to the stipulated deadline and request an earlier hearing date;

JOINT STIPULATION REQUESTING DISPOSITIVE
MOTION HEARING DATE AND RELATED BRIEFING
SCHEDULE - 1

2650985v1/012934

THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, and subject to the Court's approval, that the following deadlines shall apply in this case, notwithstanding the parties' ability to file dispositive motions prior to the stipulated deadline:

| | |
|---|---|
| Deadline to file dispositive motions | June 5, 2013 |
| Deadline to file responses to dispositive motions | June 26, 2013 |
| Deadline to file replies in support of dispositive motions | July 10, 2013 |
| Hearing on dispositive motions | July 25, 2013 |

Dated: April 9, 2013

SUSMAN GODFREY LLP

By: */s/ Jordan Connors*
Brooke A. M. Taylor
Lead Attorney
WA Bar No. 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors
WA Bar No. 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
T:  (206) 516-3880
F:  (206) 516-3883 (fax)

Stephen E. Morrissey
CA Bar No. 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
T:  (310) 789-3103
F:  (310) 789-3150 (fax)

Michael F. Heim
TX Bar No. 09380923 (Admitted *Pro Hac Vice*)
mheim@hpcllp.com
Leslie V. Payne
TX Bar No. 00784736 (Admitted *Pro Hac Vice*)
lpayne@hpcllp.com

|   |   |   |
|---|---|---|
| 1 |   | Eric J. Enger |
| 2 |   | TX Bar No. 24045833 (Admitted *Pro Hac Vice*) |
|   |   | eenger@hpcllp.com |
| 3 |   | Nick P. Patel |
|   |   | TX Bar No. 24076610 (Admitted *Pro Hac Vice*) |
| 4 |   | npatel@hpcllp.com |
| 5 |   | HEIM, PAYNE & CHORUSH, LLP |
|   |   | 600 Travis Street, Suite 6710 |
| 6 |   | Houston, Texas 77002-2912 |
|   |   | T:  (713) 221-2000 |
| 7 |   | F:  (713) 221-2021(fax) |
| 8 |   | ATTORNEYS FOR PLAINTIFF |
| 9 |   |   |
| 10 | Dated: April 9, 2013 | By:  */s/ Kevin A. Smith* (with permission) |
| 11 |   | Charles K. Verhoeven (Bar. No. 170151) |
|   |   | charlesverhoeven@quinnemanuel.com |
| 12 |   | Sean S. Pak (Bar No. 219032) |
|   |   | seanpak@quinnemanuel.com |
| 13 |   | Jennifer A. Kash (Bar No. 203679) |
|   |   | jenniferkash@quinnemanuel.com |
| 14 |   | Kevin A. Smith (Bar No. 250814) |
| 15 |   | kevinsmith@quinnemanuel.com |
| 16 |   | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   |   | 50 California Street, 22nd Floor |
| 17 |   | San Francisco, California 94111 |
|   |   | Telephone:    (415) 875-6600 |
| 18 |   | Facsimile:     (415) 875-6700 |
| 19 |   |   |
| 20 |   | Attorneys for Defendant |
|   |   | MicroStrategy Incorporated |

JOINT STIPULATION REQUESTING DISPOSITIVE
MOTION HEARING DATE AND RELATED BRIEFING
SCHEDULE - 3

2650985v1/012934

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2013, a true and correct copy of the foregoing document was served on all parties via CM/ECF and/or email to counsel.

                    */s/ Jordan Connors*
                    Jordan Connors

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __4/11/13_____    _____
                                                            [Hon. Richard Seeborg]
                                                            United States District Court Judge