IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., | No. C 11-06637 RS |
| Plaintiff, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE** |
| MICROSTRATEGY, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 72-2, plaintiff Vasudevan Software, Inc. is ordered to file its opposition, if any, to defendant's motion for relief from a nondispositive pretrial order of a magistrate judge (Dkt. 202) by Thursday, April 25, 2013. Defendant may file a reply brief of no more than two pages by Tuesday, April 30, 2013, if it so chooses.

IT IS SO ORDERED.

Dated: 4/18/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE