Brooke A. M. Taylor, WSBA 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors, WSBA 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Stephen E. Morrissey, CA Bar 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3103
Facsimile: (310) 789-3150

*Plaintiff Vasudevan Software, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSTRATEGY INCORPORATED,<br><br>Defendant. | Case No. 3:11-06637-RS-PSG<br><br>ORDER<br>JOINT STIPULATION REQUESTING PRETRIAL MOTION HEARING DATE AND RELATED BRIEFING SCHEDULE<br><br>Hon. Richard Seeborg |

WHEREAS, pretrial motions are currently set to be heard on September 5, 2013 (Dkt. No. 139);

WHEREAS, the Court is unavailable on September 5;

WHEREAS, the Court has requested that the parties schedule the pretrial motion hearing for a date on or after September 26, 2013;

WHEREAS, the parties have conferred, and hereby agree to the below deadlines for briefing and a hearing on pretrial motions;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, and subject to the Court's approval, that the following deadlines shall apply in this case:

| Deadline to file pretrial motions | August 8, 2013 |
|---|---|
| Deadline to file responses to pretrial motions | August 29, 2013 |
| Deadline to file replies in support of pretrial motions | September 12, 2013 |
| Hearing on pretrial motions | September 26, 2013 |

Dated: July 2, 2013

SUSMAN GODFREY LLP

By: */s/ Jordan Connors*

Brooke A. M. Taylor
Lead Attorney
WA Bar No. 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors
WA Bar No. 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
T: (206) 516-3880
F: (206) 516-3883 (fax)

Stephen E. Morrissey
CA Bar No. 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
T: (310) 789-3103
F: (310) 789-3150 (fax)

Michael F. Heim
TX Bar No. 09380923 (Admitted *Pro Hac Vice*)
mheim@hpcllp.com
Leslie V. Payne
TX Bar No. 00784736 (Admitted *Pro Hac Vice*)
lpayne@hpcllp.com
Eric J. Enger
TX Bar No. 24045833 (Admitted *Pro Hac Vice*)

eenger@hpcllp.com
Nick P. Patel
TX Bar No. 24076610 (Admitted *Pro Hac Vice*)
npatel@hpcllp.com
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
T: (713) 221-2000
F: (713) 221-2021(fax)

ATTORNEYS FOR PLAINTIFF

Dated: July 2, 2013

By: *_/s/ Jennifer Kash_* (with permission)
Charles K. Verhoeven (Bar. No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
Howard Y. Chen (Bar No. 265015)
howardchen@quinnemanuel.com
QUINN EMANUEL URQUHART &SULLIVAN,LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant MicroStrategy Inc.*

Case3:11-cv-06637-RS Document245 Filed07/02/13 Page4 of 5

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July, 2013, a true and correct copy of the foregoing document was served on all parties via CM/ECF and/or email to counsel.

*/s/ Jordan Connors*
Jordan Connors

JOINT STIPULATION REQUESTING PRETRIAL MOTION HEARING DATE AND RELATED BRIEFING SCHEDULE - 4

2782921v1/012934

Case3:11-cv-06637-RS Document245 Filed07/02/13 Page5 of 5

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __7/2/13_________________ ____________________________

[Hon. Richard Seeborg]
United States District Court Judge

JOINT STIPULATION REQUESTING PRETRIAL MOTION
HEARING DATE AND RELATED BRIEFING SCHEDULE - 5

2782921v1/012934