1  Brooke A. M. Taylor, WSBA 33190 (Admitted *Pro Hac Vice*)
   btaylor@susmangodfrey.com
2  Jordan W. Connors, WSBA 41649 (Admitted *Pro Hac Vice*)
   jconnors@susmangodfrey.com
3  SUSMAN GODFREY L.L.P.
   1201 Third Avenue, Suite 3800
4  Seattle, Washington 98101-3000
   Telephone:  (206) 516-3880
5  Facsimile:  (206) 516-3883
6
   Stephen E. Morrissey, CA Bar 187865
7  smorrissey@susmangodfrey.com
   SUSMAN GODFREY L.L.P.
8  1901 Avenue of the Stars, Suite 950
   Los Angeles, CA 90067-6029
9  Telephone: (310) 789-3103
   Facsimile: (310) 789-3150
10
11 *Plaintiff Vasudevan Software, Inc.*

12

13                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
14                       **SAN FRANCISCO DIVISION**

15 VASUDEVAN SOFTWARE, INC.,          Case No. 3:11-06637-RS-PSG

16            Plaintiff,               ORDER
                                       JOINT STIPULATION REQUESTING
17 vs.                                 PRETRIAL MOTION HEARING DATE
                                       AND RELATED BRIEFING SCHEDULE
18 MICROSTRATEGY INCORPORATED,
                                       Hon. Richard Seeborg
19            Defendant.

20

21        WHEREAS, pretrial motions are currently set to be heard on September 5, 2013 (Dkt. No.

22 139);

23        WHEREAS, the Court is unavailable on September 5;

24        WHEREAS, the Court has requested that the parties schedule the pretrial motion hearing

25 for a date on or after September 26, 2013;

26        WHEREAS, the parties have conferred, and hereby agree to the below deadlines for

27 briefing and a hearing on pretrial motions;

28

---

JOINT STIPULATION REQUESTING PRETRIAL MOTION
HEARING DATE AND RELATED BRIEFING SCHEDULE - 1

2782921v1/012934

1    THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto, by and

2  through their respective counsel, and subject to the Court's approval, that the following deadlines

3  shall apply in this case:

4

5

| Deadline to file pretrial motions | August 8, 2013 |
|---|---|
| Deadline to file responses to pretrial motions | August 29, 2013 |
| Deadline to file replies in support of pretrial motions | September 12, 2013 |
| Hearing on pretrial motions | September 26, 2013 |

8

Dated:  July 2, 2013

9                                          SUSMAN GODFREY LLP

10

                                           By: */s/ Jordan Connors*                          
11                                         Brooke A. M. Taylor
                                           Lead Attorney
12                                         WA Bar No. 33190 (Admitted *Pro Hac Vice*)
                                           btaylor@susmangodfrey.com
13                                         Jordan W. Connors
                                           WA Bar No. 41649 (Admitted *Pro Hac Vice*)
14                                         jconnors@susmangodfrey.com
15                                         SUSMAN GODFREY L.L.P.
                                           1201 Third Avenue, Suite 3800
16                                         Seattle, Washington 98101-3000
                                           T:  (206) 516-3880
17                                         F:  (206) 516-3883 (fax)

18
                                           Stephen E. Morrissey
19                                         CA Bar No. 187865
                                           smorrissey@susmangodfrey.com
20                                         SUSMAN GODFREY L.L.P.
                                           1901 Avenue of the Stars, Suite 950
21                                         Los Angeles, CA 90067-6029
                                           T:  (310) 789-3103
22                                         F:  (310) 789-3150 (fax)

23
                                           Michael F. Heim
24                                         TX Bar No. 09380923 (Admitted *Pro Hac Vice*)
                                           mheim@hpcllp.com
25                                         Leslie V. Payne
                                           TX Bar No. 00784736 (Admitted *Pro Hac Vice*)
26                                         lpayne@hpcllp.com
27                                         Eric J. Enger
                                           TX Bar No. 24045833 (Admitted *Pro Hac Vice*)
28

eenger@hpcllp.com
Nick P. Patel
TX Bar No. 24076610 (Admitted *Pro Hac Vice*)
npatel@hpcllp.com
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
T:  (713) 221-2000
F:  (713) 221-2021(fax)

ATTORNEYS FOR PLAINTIFF


Dated:  July 2, 2013                    By:  */s/ Jennifer Kash* (with permission)
Charles K. Verhoeven (Bar. No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
Howard Y. Chen (Bar No. 265015)
howardchen@quinnemanuel.com
QUINN EMANUEL URQUHART
&SULLIVAN,LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant MicroStrategy Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July, 2013, a true and correct copy of the foregoing

document was served on all parties via CM/ECF and/or email to counsel.

*/s/ Jordan Connors*
Jordan Connors

JOINT STIPULATION REQUESTING PRETRIAL MOTION
HEARING DATE AND RELATED BRIEFING SCHEDULE - 4

2782921v1/012934

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   DATED: __7/2/13_____   _____

4                                      [Hon. Richard Seeborg]
                                       United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION REQUESTING PRETRIAL MOTION
HEARING DATE AND RELATED BRIEFING SCHEDULE - 5

2782921v1/012934