IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., | No. C 11-06637 RS |
| Plaintiff, | |
| v. | **ORDER** |
| MICROSTRATEGY, INC., | |
| Defendant. | |

The parties shall be prepared to explain their failure to comply with Civil Local Rules 7-2 and 7-3 at the July 25, 2013 hearing.

IT IS SO ORDERED.

Dated: 7/18/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE