IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VASUDEVAN SOFTWARE, INC.,

    Plaintiff,

v.

MICROSTRATEGY INC.,

    Defendant.
_____/

VASUDEVAN SOFTWARE, INC.,

    Plaintiff,

v.

TIBCO SOFTWARE INC.,

    Defendant.
_____/

No. C 11-06637 RS
No. C 11-06638 RS

**ORDER**

The Court has received letters from both MicroStrategy and VSi's counsel regarding plaintiff's expert damages report and VSi's pending *Daubert* motion, as well as a letter from TIBCO's counsel requesting clarification of the construction of the claim term "disparate databases." In light of the denial of VSi's motion to amend its infringement contentions and the Court's comments at the hearing on July 25, 2013, no further action in the form of a motion to strike a portion of plaintiff's expert damages report is required at this time. This order confirms the prior rulings in this case that "Report Services" and "Mobile" are not accused products in VSi's

Nos. C 11-06637 & 11-06638 RS
ORDER

infringement contentions and that VSi is therefore precluded from seeking damages based on revenue from the sale of those products.

Given VSi's representation that its *Daubert* motion addresses issues other than claim construction, briefing on it should continue. The motion will be submitted without oral argument pursuant to Civil Local Rule 7-1(b) unless otherwise ordered by the Court. No further briefing should be submitted on the claim construction clarification requested by the parties. That issue will be addressed in subsequent orders by the Court based on the ample briefing already provided.

IT IS SO ORDERED.

Dated: 8/2/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE