SEAN PAK (Bar No. 219032)
seanpak@quinnemanuel.com
JENNIFER A. KASH (Bar No. 203679)
jenniferkash@quinnemanuel.com
KEVIN A. SMITH (Bar No. 250814)
kevinsmith@quinnemanuel.com
HOWARD Y. CHEN (Bar No. 265015)
howardchen@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

*Attorneys for Defendant MicroStrategy Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICROSTRATEGY INC.,<br><br>          Defendant. | CASE NO. 3:11-6637-RS<br><br>ORDER<br>**JOINT STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND TO VSI'S MOTION TO EXCLUDE** |

1  WHEREAS, Plaintiff Vasudevan Software, Inc. ("VSi") filed its Motion to Exclude
2  MicroStrategy's Experts' Opinions Regarding "Disparate Databases" ("Motion") on July 25, 2013
3  making MicroStrategy's deadline to respond August 8, 2013;

4  WHEREAS, the hearing for the Motion is set for September 26, 2013;

5  WHEREAS, MicroStrategy has requested and VSi has agreed that MicroStrategy's
6  deadline to respond to the Motion be August 29, 2013 and VSi's deadline to reply to
7  MicroStrategy's response be September 12, 2013;

8  WHEREAS, the extension would not change any other date set by the Court;

9  THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto, by and
10 through their respective counsel, and subject to the Court's approval, that the deadline for
11 MicroStrategy to respond to Plaintiff Vasudevan Software, Inc.'s Motion to Exclude
12 MicroStrategy's Experts' Opinions Regarding "Disparate Databases" be August 29, 2013 and the
13 deadline for VSi to reply to MicroStrategy's response be September 12, 2013.

Dated:  August 5, 2013

By: _/s/_ Brooke Taylor (with permission)_____
Brooke A. M. Taylor
Lead Attorney
WA Bar No. 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors
WA Bar No. 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
T:  (206) 516-3880
F:  (206) 516-3883 (fax)

Stephen E. Morrissey
CA Bar No. 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
T:  (310) 789-3103
F:  (310) 789-3150 (fax)

Michael F. Heim
TX Bar No. 09380923 (Admitted *Pro Hac Vice*)
mheim@hpcllp.com
Leslie V. Payne
TX Bar No. 00784736 (Admitted *Pro Hac Vice*)
lpayne@hpcllp.com
Eric J. Enger
TX Bar No. 24045833 (Admitted *Pro Hac Vice*)
eenger@hpcllp.com
Nick P. Patel
TX Bar No. 24076610 (Admitted *Pro Hac Vice*)
npatel@hpcllp.com
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
T:  (713) 221-2000
F:  (713) 221-2021(fax)

ATTORNEYS FOR PLAINTIFF

Dated:  August 5, 2013                By: */s/ Howard Y. Chen*

Charles K. Verhoeven (Bar. No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
Howard Y. Chen (Nar No. 265015)
howardchen@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2013, a true and correct copy of the foregoing document was served on all parties via CM/ECF and/or email to counsel.

                    */s/ Howard Y. Chen*
                    Howard Y. Chen

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  DATED:  8/5/13                    _____

3                                    [Hon. Richard Seeborg]

4                                    United States District Court Judge