IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., | No. C 11-06637 RS |
| Plaintiff, | |
| v. | **ORDER VACATING TRIAL DATE** |
| MICROSTRATEGY, INC., | |
| Defendant. | |

The current trial date of November 18, 2013, is hereby vacated. A new trial date will be set as necessary upon disposition of the pending motions under submission.

IT IS SO ORDERED.

Dated: 10/4/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-06637 RS
ORDER