IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., | No. 11-cv-06637 RS |
| Plaintiff, | |
| v. | **ORDER REGARDING PENDING MOTIONS** |
| MICROSTRATEGY, INC., | |
| Defendant. | |

The Court is in receipt of VSi's letter dated October 9, 2013. Based upon its representation therein that VSi is prepared to enter into a stipulation of non-infringement so that the Court's claim construction may be considered on appeal, the parties are instructed to file said stipulation of non-infringement no later than October 16, 2013. Upon receipt of the stipulation, the Court will issue an order regarding the remaining pending motions. All pending dates in this case are hereby vacated.

IT IS SO ORDERED.

Dated: 10/9/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. 11-CV-06637 RS
ORDER