IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC., | No. 11-cv-06637 RS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICROSTRATEGY, INC., | |
| Defendant. | |

In light of the orders granting summary judgment of non-infringement in favor of defendant MicroStrategy, Inc. (MicroStrategy) and against plaintiff Vasudevan Software, Inc. (VSi) as well as granting summary judgment of invalidity in favor of MicroStrategy and against VSi, judgment is hereby entered in favor of MicroStrategy and against VSi.

IT IS SO ORDERED.

Dated: 10/17/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. 11-CV-06637 RS
JUDGMENT