1   Brooke A. M. Taylor, WSBA 33190 (Admitted *Pro Hac Vice*)
    btaylor@susmangodfrey.com
2   Jordan W. Connors, WSBA 41649 (Admitted *Pro Hac Vice*)
    jconnors@susmangodfrey.com
3   SUSMAN GODFREY L.L.P.
    1201 Third Avenue, Suite 3800
4   Seattle, Washington 98101-3000
    Telephone:  (206) 516-3880
5   Facsimile:  (206) 516-3883

6
    Stephen E. Morrissey, CA Bar 187865
7   smorrissey@susmangodfrey.com
    SUSMAN GODFREY L.L.P.
8   1901 Avenue of the Stars, Suite 950
    Los Angeles, CA 90067-6029
9   Telephone: (310) 789-3103
    Facsimile: (310) 789-3150
10

11  *Plaintiff Vasudevan Software, Inc.*

12

13                  **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
14                      **SAN FRANCISCO DIVISION**

15  VASUDEVAN SOFTWARE, INC.,            Case No. 3:11-06637-RS-PSG

16                Plaintiff,
                                         JOINT STIPULATION OF
17  vs.                                  NON-INFRINGEMENT

18  MICROSTRATEGY SOFTWARE INC.,
                                         Hon. Richard Seeborg
19                Defendant.

20

21        WHEREAS, Plaintiff Vasudevan Software, Inc. ("VSi") has accused Defendant

22  MicroStrategy Software Inc. ("MicroStrategy") of infringing U.S. Patent Nos. 6,877,006 ("the

23  '006 Patent"); 7,167,864 ("the '864 Patent"); 7,720,861 ("the '861 Patent"); and 8,082,268 ("the

24  '268 Patent");

25        WHEREAS MicroStrategy has denied infringement of the '006 Patent, the '864 Patent,

26  the '861 Patent, and the '268 Patent;

27

28

1    WHEREAS the term "disparate [] databases" appears in each asserted claim of the '006

2    Patent, the '864 Patent, and the '861 Patent and the term "incompatible databases of different

3    types" appears in each asserted claim of the '268 Patent;

4    WHEREAS on September 19, 2012, the Court issued its Claim Construction Order (Dkt.

5    No. 97) construing the term "disparate [] databases" to mean "databases having an absence of

6    compatible keys or record identifier columns of similar value or format in the schemas or

7    structures that would otherwise enable linking data";

8    WHEREAS on September 19, 2013, the Court issued its Claim Construction Clarification

9    Order (Dkt. No. 326) holding that "the construction of "Disparate [] databases" as "databases

10   having an absence of compatible keys or record identifier columns of similar value or format in

11   the schemas or structures that would otherwise enable linking data" is clarified to read "databases

12   having an absence of compatible keys and an absence of record identifier columns of similar

13   value and an absence of record identifier columns of similar format in the schemas or structures

14   that would otherwise enable linking data;"

15   WHEREAS the Court's Claim Construction Clarification Order further held that VSi is

16   estopped from arguing that "incompatible databases of different types" means something different

17   than the Court's construction of "disparate [] databases;"

18   WHEREAS Civil L.R. 54-1(a) requires that Bill of Costs be served and filed no later than

19   14 days after entry of judgment;

20   WHEREAS Civil L.R. 54-5 requires that a Motion for Fees be served and filed no later

21   than 14 days after entry of judgment;

22   WHEREAS VSi has stated that it intends to appeal the Court's forthcoming entry of a

23   judgment of non-infringement based on this stipulation;

24   WHEREAS MicroStrategy has requested, and VSi has agreed, that in order to promote

25   judicial efficiency and to conserve litigation costs, the deadlines for the Bill of Costs and Motion

26   for Fees (including Motions for Fees pursuant to 35 U.S.C. § 285) be delayed until 14 days after

27   the Federal Circuit's issuance of the mandate regarding VSi's appeal of the Court's final

28   judgment; and

1    WHEREAS, the extension requested would not change any other date set by the Court.

2    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED amongst VSi and

3  MicroStrategy that, based on the Court's constructions of "disparate [] databases" and the Court's

4  ruling that VSi is estopped from arguing that "incompatible databases of different types" means

5  something different than the Court's construction of "disparate [] databases, MicroStrategy's

6  accused products and services do not infringe the asserted claims of the '006 Patent, the '864

7  Patent, the '861 Patent and the '268 Patent.

8    IT IS FURTHER STIPULATED AND AGREED amongst VSi and MicroStrategy that,

9  the deadline for a Bill of Costs or a Motion for Fees (including any Motion for Fees pursuant to

10  35 U.S.C. § 285) be delayed until 14 days after the Federal Circuit's issuance of the mandate

11  regarding VSi's appeal of this Court's final judgment.

12

13  Dated:  October 16, 2013

14    By:  *Eric J. Enger*
      Brooke A. M. Taylor
15    Lead Attorney
      WA Bar No. 33190 (Admitted *Pro Hac Vice*)
16    btaylor@susmangodfrey.com
      Jordan W. Connors
17    WA Bar No. 41649 (Admitted *Pro Hac Vice*)
      jconnors@susmangodfrey.com
18    SUSMAN GODFREY L.L.P.
      1201 Third Avenue, Suite 3800
19    Seattle, Washington 98101-3000
      T:  (206) 516-3880
20    F:  (206) 516-3883 (fax)

21
22    Stephen E. Morrissey
      CA Bar No. 187865
23    smorrissey@susmangodfrey.com
      SUSMAN GODFREY L.L.P.
24    1901 Avenue of the Stars, Suite 950
      Los Angeles, CA 90067-6029
25    T:  (310) 789-3103
      F:  (310) 789-3150 (fax)
26

27    Michael F. Heim
      TX Bar No. 09380923 (Admitted *Pro Hac Vice*)
28    mheim@hpcllp.com
      Leslie V. Payne

1   TX Bar No. 00784736 (Admitted *Pro Hac Vice*)
    lpayne@hpcllp.com
2   Eric J. Enger
    TX Bar No. 24045833 (Admitted *Pro Hac Vice*)
3   eenger@hpcllp.com
    Nick P. Patel
4   TX Bar No. 24076610 (Admitted *Pro Hac Vice*)
5   npatel@hpcllp.com
    HEIM, PAYNE & CHORUSH, LLP
6   600 Travis Street, Suite 6710
    Houston, Texas 77002-2912
7   T:  (713) 221-2000
    F:  (713) 221-2021(fax)
8
9   ATTORNEYS FOR PLAINTIFF

10

11  Dated:  October 16, 2013

    By: ___*Howard Y. Chen (by permission EJE)*_____
12  Sean S. Pak (Bar No. 219032)
    seanpak@quinnemanuel.com
13  Jennifer A. Kash (Bar No. 203679)
    jenniferkash@quinnemanuel.com
14  Kevin A. Smith (Bar No. 250814)
    kevinsmith@quinnemanuel.com
15  Howard Y. Chen (Bar No. 265015)
16  howardchen@quinnemanuel.com
    QUINN EMANUEL URQUHART & SULLIVAN,
17  LLP
    50 California Street, 22nd Floor
18  San Francisco, California 94111
    Telephone: (415) 875-6600
19  Facsimile: (415) 875-6700

20  ATTORNEYS FOR DEFENDANT

21

22

23

24

25

26

27

28

---

JOINT STIPULATION OF NON-INFRINGEMENT        - 4 -        Case No. 3:11-cv-06637 RS

1

**<u>CERTIFICATE OF SERVICE</u>**

2      I hereby certify that on this 16st day of October, 2013, a true and correct copy of the

3  foregoing document was served on all parties via CM/ECF and/or email to counsel.

4

5                      _/s/ Eric Enger_____
                        Eric Enger

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF NON-INFRINGEMENT    - 5 -        Case No. 3:11-cv-06637 RS

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    DATED:   10/21/13

[Hon. Richard Seeborg]
4                                                            United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28