SEAN PAK (Bar No. 219032)
seanpak@quinnemanuel.com
JENNIFER A. KASH (Bar No. 203679)
jenniferkash@quinnemanuel.com
KEVIN A. SMITH (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

*Attorneys for Defendant MicroStrategy Inc.*
*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VASUDEVAN SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICROSTRATEGY INC.,<br><br>Defendant. | Case No. 11-CV-06637-RS-PSG<br><br>**JOINT STIPULATION OF DISMISSAL OF DECLARATORY JUDGMENT COUNTERCLAIMS** |

WHEREAS, Vasudevan Software, Inc. ("VSi") filed its complaint against MicroStrategy Inc. ("MicroStrategy") on December 23, 2011 (Dkt. 1);

WHEREAS, MicroStrategy filed its Answer and Counterclaims on March 20, 2012, including four counterclaims for declaratory judgment of invalidity of U.S. Patent Nos. 6,877,006, 7,167,864, 7,720,861, and 8,082,268 and one counterclaim for declaratory judgment of inequitable conduct (Dkt. 50);

WHEREAS, VSi filed its Answer to MicroStrategy's Counterclaims on April 24, 2012 (Dkt. 61);

WHEREAS, MicroStrategy's counterclaims for a declaratory judgment of invalidity and inequitable conduct remain pending;

WHEREAS, MicroStrategy moved for attorneys' fees on May 26, 2015 (Dkt. 348);

WHEREAS, during the hearing on MicroStrategy's motion for attorneys' fees held on July 23, 2015, the Court indicated that it may not rule on MicroStrategy's motion for attorneys' fees until the parties resolved MicroStrategy's counterclaims for declaratory judgment of invalidity and inequitable conduct;

WHEREAS, under Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), MicroStrategy may dismiss its counterclaims for a declaratory judgment of invalidity and inequitable conduct without a court order by filing a stipulation of dismissal signed by all parties who have appeared;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, that MicroStrategy dismisses without prejudice its counterclaims for declaratory judgment of invalidity and inequitable conduct.

Dated: August 6, 2015               QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  */s/ Kevin A. Smith*
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

*Attorneys for Defendant MicroStrategy Inc.*

Dated: August 6, 2015               SUSMAN GODFREY L.L.P.

By:  */s/ Eric Enger*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Brooke A. M. Taylor
Lead Attorney
WA Bar No. 33190 (Admitted *Pro Hac Vice*)
btaylor@susmangodfrey.com
Jordan W. Connors
WA Bar No. 41649 (Admitted *Pro Hac Vice*)
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
T:  (206) 516-3880
F:  (206) 516-3883 (fax)

Stephen E. Morrissey
CA Bar No. 187865
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
T:  (310) 789-3103
F:  (310) 789-3150 (fax)

Michael F. Heim
TX Bar No. 09380923 (Admitted *Pro Hac Vice*)
mheim@hpcllp.com
Leslie V. Payne
TX Bar No. 00784736 (Admitted *Pro Hac Vice*)
lpayne@hpcllp.com
Eric J. Enger
TX Bar No. 24045833 (Admitted *Pro Hac Vice*)
eenger@hpcllp.com
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
T:  (713) 221-2000
F:  (713) 221-2021(fax)

*Attorneys for Plaintiff Vasudevan Software, Inc.*

**ORDER**

Based on the foregoing stipulation, and for good cause shown,

**IT IS SO ORDERED.**

DATED: 8/19/15

_____
The Honorable Richard Seeborg
United States District Court Judge